AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of New York

| | |
|---|---|
| DAVID DAVYDOV, on behalf of himself and all all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> CAMBRIA DENTISTRY PLLC, SMILE CRAFTERS, INC., KOOROSH SHAMTOUB, and SHAHRIAR "SHAWN" DAVARAN <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:26-cv-03039 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Emanuel Kataev, Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  6/12/2026

C. Frunzi

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-03039

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| DAVID DAVYDOV**,** on behalf of himself and all all others similarly situated<br><br>     Plaintiff,<br><br>  vs.<br><br>CAMBRIA DENTISTRY PLLC, SMILE CRAFTERS, INC., KOOROSH SHAMTOUB, and SHAHRIAR "SHAWN" DAVARAN,<br><br>     Defendants. | Case No.: 1:26-cv-03039<br><br>**RIDER TO SUMMONS** |

**Cambria Dentistry PLLC**

219-11 Linden Blvd,

Cambria Heights, NY, 11411

**Smile Crafters, Inc.**

219-11 Linden Blvd,

Cambria Heights, NY, 11411

**Koorosh Shamtoub**

219-11 Linden Blvd,

Cambria Heights, NY, 11411

**Shahriar "Shawn" Davaran**

219-11 Linden Blvd,

Cambria Heights, NY, 11411