UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID DAVYVOY, individually and on behalf of all
others similarly situated,                                               Case No.: 26-cv-03039

                Plaintiff,

                                    **NOTICE OF APPEARANCE**

       against-

CAMBRIA DENTISTRY PLLC, SMILE CRAFTERS,
INC., KOOROSH SHAMTOUB, and SHAHRIAR
"SHAWN" DAVARAN,

                        Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans

& Associates, P.C., hereby appear as lead counsel for defendants CAMBRIA DENTISTRY PLLC,

SMILE CRAFTERS, INC., KOOROSH SHAMTOUB, and SHAHRIAR "SHAWN" DAVARAN. I

certify that I am admitted to practice before this Court.

Dated:  Long Island City, New York
        July 6, 2026

                        STEPHEN D. HANS & ASSOCIATES, P.C.

                    By:    **/s/Stephen D. Hans**
                        Stephen D. Hans
                        30-30 Northern Boulevard, Suite 401
                        Long Island City, New York 11101
                        Tel: 718.275.6700
                        Email: shans@hansassociates.com