| | |
|---|---|
| *Attorney or Party without Attorney:*<br> Emanuel  Kataev, Esq.<br> Sage Legal LLC<br> 18211 Jamaica Avenue<br> Jamaica, NY  11423<br>*Telephone No:* 718-412-2421 | *For Court Use Only* |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff(s)

*Insert name of Court, and Judicial District and Branch Court:*

 United States District Court - Eastern District Of New York

*Plaintiff(s):* David Davydov

*Defendant:* Cambria Dentistry PLLC, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV03039PKCLKE |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice re USMJ consent form; Notice of case assignment

*3.  a. Party served:*        Cambria Dentistry PLLC
 *b. Person served:*      Babita S., Manager, Middle Eastern, Female, 35-45 Years Old, Black Hair, 5'4 - 5'7, 130-150 pounds

*4.  Address where the party was served:*   219-11 Linden Blvd.
              Cambria Heights, NY  11411

*5.  I served the party:*

 a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 29, 2026 (2) at: 12:10PM

*7. Person Who Served Papers:*            *Fee for Service:*

 a. Osvaldo  Peralta
 **b. Class Action Research & Litigation**
  P O Box 740
  Penryn, CA  95663
 c. (916) 663-2562, FAX (916) 663-4955

*8.  I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.*

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | **(Osvaldo  Peralta)**<br>2124122 | *emkat.300756* |
|---|---|---|

| | |
|---|---|
| *Attorney or Party without Attorney:* <br> Emanuel Kataev, Esq. <br> Sage Legal LLC <br> 18211 Jamaica Avenue <br> Jamaica, NY 11423 <br> *Telephone No:* 718-412-2421 | *For Court Use Only* |

*Attorney for:* Plaintiff(s)          *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - Eastern District Of New York

*Plaintiff(s):* David Davydov

*Defendant:* Cambria Dentistry PLLC, et al.

| **AFFIDAVIT OF SERVICE** <br> **Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 26CV03039PKCLKE |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice re USMJ consent form; Notice of case
    assignment

*3.  a. Party served:*          Smile Crafters, Inc.
    *b. Person served:*        Babita S., Manager, Middle Eastern, Female, 35-45 Years Old, Black Hair, 5'4 -
                               5'7, 130-150 pounds

*4.  Address where the party was served:*        219-11 Linden Blvd.
                                                 Cambria Heights, NY 11411

*5.  I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
       process for the party (1) on: Mon., Jun. 29, 2026 (2) at: 12:10PM

*7. Person Who Served Papers:*                              *Fee for Service:*
    a. Osvaldo Peralta
    **b. Class Action Research & Litigation**
       P O Box 740
       Penryn, CA 95663
    c. (916) 663-2562, FAX (916) 663-4955

*8.  I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of
    America that the foregoing is true and correct.*

*Osvaldo Peralta (signature)*

| **AFFIDAVIT OF SERVICE** <br> **Summons/Complaint** | **(Osvaldo Peralta)** <br> 2124122 | *emkat.300758* |
|---|---|---|

| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Eastern District Of New York |

Plaintiff(s): David Davydov

Defendant: Cambria Dentistry PLLC, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26CV03039PKCLKE |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice re USMJ consent form; Notice of case assignment

3.  a. Party served:                                        Koorosh Shamtoub

4.  Address where the party was served:          Cambria Dentistry
                                                                  219-11 Linden Blvd.
                                                                  Cambria Heights, NY  11411

5.  I served the party:

   b. **by substituted service.** On: Mon., Jun. 29, 2026 at: 12:10PM by leaving the copies with or in the presence of:
                                                                  Babita S., Manager, Middle Eastern, Female, 35-45 Years Old, Black Hair, 5'4 -
                                                                  5'7, 130-150 pounds

   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                          Fee for Service:
   a. Osvaldo Peralta
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8.  **I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.**

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | **(Osvaldo Peralta)**<br>2124122 | emkat.300759 |
|---|---|---|

| Attorney or Party without Attorney:<br>Emanuel  Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br>*Telephone No:* 718-412-2421          *FAX No:* | For Court Use Only |
|---|---|
| *Attorney for:* **Plaintiff(s)**<br><br>*Ref. No or File No.:* | |

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Eastern District Of New York |
|---|
| *Plaintiff(s):* David Davydov |
| *Defendant:* Cambria Dentistry PLLC, et al. |

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV03039PKCLKE |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice re USMJ consent form; Notice of case assignment

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                          Wed., Jul. 08, 2026
    b. Place of Mailing:                         Roseville CA, 95661
    c. Addressed as follows:                 Koorosh Shamtoub
                                           Cambria Dentistry
                                           219-11 Linden Blvd.
                                           Cambria Heights, NY  11411

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jul. 08, 2026 in the ordinary course of business.

*5. Person Serving*                                                 *Fee for Service:*
    a. Janis  Dingman
    b. Class Action Research & Litigation
       P O Box 740
       Penryn, CA  95663
    c. (916) 663-2562, FAX (916) 663-4955

*8.*  ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE**
**By Mail**

*Janis Dingman*
**(Janis  Dingman)**          *emkat.300759*

| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br> Emanuel  Kataev, Esq.<br> Sage Legal LLC<br> 18211 Jamaica Avenue<br> Jamaica, NY  11423<br>*Telephone No:* 718-412-2421 | | |
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court - Eastern District Of New York |

*Plaintiff(s):* David Davydov

*Defendant:* Cambria Dentistry PLLC, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV03039PKCLKE |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice re USMJ consent form; Notice of case assignment

*3.  a. Party served:*   Shahriar Shawn Davaran

*4.  Address where the party was served:*   Cambria Dentistry
219-11 Linden Blvd.
Cambria Heights, NY  11411

*5.  I served the party:*

b. **by substituted service.** On: Mon., Jun. 29, 2026 at: 12:10PM by leaving the copies with or in the presence of:
Babita S., Manager, Middle Eastern, Female, 35-45 Years Old, Black Hair, 5'4 - 5'7, 130-150 pounds

(1)  **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

(4)  A declaration of mailing is attached.

*7. Person Who Served Papers:*                                 *Fee for Service:*

a. Osvaldo  Peralta

b. **Class Action Research & Litigation**
P O Box 740
Penryn, CA  95663

c. (916) 663-2562, FAX (916) 663-4955

*8.  I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
Summons/Complaint

(Osvaldo  Peralta)
2124122

*emkat.300760*

| Attorney or Party without Attorney:<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>Telephone No: 718-412-2421    FAX No: | For Court Use Only |
|---|---|
| Ref. No or File No.: | |

*Attorney for:* **Plaintiff(s)**

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - Eastern District Of New York

*Plaintiff(s):* David Davydov

*Defendant:* Cambria Dentistry PLLC, et al.

| **AFFIDAVIT OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV03039PKCLKE |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice re USMJ consent form; Notice of case assignment

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Wed., Jul. 08, 2026
   b. Place of Mailing:         Roseville CA, 95661
   c. Addressed as follows:     Shahriar Shawn Davaran
                                Cambria Dentistry
                                219-11 Linden Blvd.
                                Cambria Heights, NY  11411

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Jul. 08, 2026 in the ordinary course of business.

5. *Person Serving*                           *Fee for Service:*
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8.  *I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.*

*Janis Dingman*

**AFFIDAVIT OF SERVICE**
**By Mail**                                    **(Janis Dingman)**                *emkat.300760*