UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DAVID DAVYVOY, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

CAMBRIA DENTISTRY PLLC, SMILE CRAFTERS, INC., KOOROSH SHAMTOUB, and SHAHRIAR "SHAWN" DAVARAN,

Defendants.

------------------------------------------------------------------X

Case No.: 26-cv-03039

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant CAMBRIA DENTISTRY PLLC, hereby certifies that it has no corporate parent, nor does any publicly held corporation possess an ownership interest in it of ten percent (10%) or more.

Dated: Long Island City, New York
October 13, 2026

STEPHEN D. HANS & ASSOCIATES, P.C.

By:___*/s/Stephen D. Hans*____________
Stephen D. Hans (SDH-0798)
30-30 Northern Blvd, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700