UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID DAVYVOY, individually and on behalf of all others similarly situated,

Case No.: 26-cv-03039

Plaintiff,

-against-

**ANSWER**

CAMBRIA DENTISTRY PLLC, SMILE CRAFTERS, INC., KOOROSH SHAMTOUB, and SHAHRIAR "SHAWN" DAVARAN,

Defendants.
---------------------------------------------------------------X

The defendants Cambria Dentistry PLLC, Smile Crafters, Inc., Koorosh Shamtoub, and Shariar "Shawn" Davaran. (collectively, the "Defendants"), by and through their attorneys, STEPHEN D. HANS AND ASSOCIATES, P.C., as and for their Answer to the collective action complaint dated and filed on May 20, 2026 (hereinafter the "Complaint") by plaintiff David Davyvoy (collectively, the "Plaintiff"), respond as follows:

## AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING "INTRODUCTION"

1. Defendants neither admit nor deny the allegations set forth in Paragraph 1 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

2. Defendants neither admit nor deny the allegations set forth in Paragraph 2 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

3. Defendants deny all of the allegations contained in Paragraph 3 of the Complaint.

**AS AND FOR AN ANSWER TO PLAINTIFF'S ALLEGATIONS REGARDING THE "PARTIES"**

4. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 4 of the Complaint.

5. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 5 of the Complaint.

6. Defendants admit the allegations contained in Paragraph 6 of the Complaint.

7. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 7 of the Complaint.

8. Defendants deny all of the allegations contained in Paragraph 8 of the Complaint.

9. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 9 of the Complaint.

10. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 10 of the Complaint.

11. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 11 of the Complaint.

12. Defendants neither admit nor deny the allegations set forth in Paragraph 12 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

**AS AND FOR AN ANSWER TO PLAINTIFF'S "JURISDICTION AND VENUE"**

13. Defendants neither admit nor deny the allegations set forth in Paragraph 13 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

14. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 14 of the Complaint.

15. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 15 of the Complaint.

16. Defendants neither admit nor deny the allegations set forth in Paragraph 16 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

17. Defendants neither admit nor deny the allegations set forth in Paragraph 17 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

18. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 18 of the Complaint.

19. Defendants neither admit nor deny the allegations set forth in Paragraph 19 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

**AS AND FOR AN ANSWER TO PLAINTIFF'S "FACTUAL ALLEGATIONS"**

20. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 20 of the Complaint.

21. Defendants deny all of the allegations contained in Paragraph 21 of the Complaint.

22. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 22 of the Complaint.

23. Defendants deny all of the allegations contained in Paragraph 23 of the Complaint.

24. Defendants deny all of the allegations contained in Paragraph 24 of the Complaint.

25. Defendants deny all of the allegations contained in Paragraph 25 of the Complaint.

26. Defendants deny all of the allegations contained in Paragraph 26 of the Complaint.

27. Defendants deny all of the allegations contained in Paragraph 27 of the Complaint.

28. Defendants deny all of the allegations contained in Paragraph 28 of the Complaint.

29. Defendants deny all of the allegations contained in Paragraph 29 of the Complaint.

30. Defendants deny all of the allegations contained in Paragraph 30 of the Complaint.

31. Defendants deny all of the allegations contained in Paragraph 31 of the Complaint.

32. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 32 of the Complaint.

33. Defendants deny all of the allegations contained in Paragraph 33 of the Complaint.

34. Defendants deny all of the allegations contained in Paragraph 34 of the Complaint.

35. Defendants deny all of the allegations contained in Paragraph 35 of the Complaint.

36. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 36 of the Complaint.

37. Defendants deny all of the allegations contained in Paragraph 37 of the Complaint.

38. Defendants deny all of the allegations contained in Paragraph 38 of the Complaint.

39. Defendants neither admit nor deny the allegations set forth in Paragraph 39 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

40. Defendants deny all of the allegations contained in Paragraph 40 of the Complaint.

41. Defendants deny all of the allegations contained in Paragraph 41 of the Complaint.

42. Defendants deny all of the allegations contained in Paragraph 42 of the Complaint.

43. Defendants deny all of the allegations contained in Paragraph 43 of the Complaint.

44. Defendants deny all of the allegations contained in Paragraph 44 of the Complaint.

45. Defendants deny all of the allegations contained in Paragraph 45 of the Complaint.

46. Defendants deny all of the allegations contained in Paragraph 46 of the Complaint.

47. Defendants neither admit nor deny the allegations set forth in Paragraph 47 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

## AS AND FOR AN ANSWER TO PLAINTIFF'S "FLSA COLLECTIVE ACTION ALLEGATIONS"

48. Defendants neither admit nor deny the allegations set forth in Paragraph 48 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

49. Defendants neither admit nor deny the allegations set forth in Paragraph 49 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

50. Defendants neither admit nor deny the allegations set forth in Paragraph 50 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

51. Defendants neither admit nor deny the allegations set forth in Paragraph 51 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

52. Defendants deny all of the allegations contained in Paragraph 52 of the Complaint.

53. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 53 of the Complaint.

54. Defendants deny all of the allegations contained in Paragraph 54 of the Complaint.

55. Defendants deny all of the allegations contained in Paragraph 55 of the Complaint.

56. Defendants deny all of the allegations contained in Paragraph 56 of the Complaint.

57. Defendants deny all of the allegations contained in Paragraph 57 of the Complaint.

58. Defendants deny all of the allegations contained in Paragraph 58 of the Complaint.

59. Defendants deny all of the allegations contained in Paragraph 59 of the Complaint, including subparagraphs (a) through (e) thereof.

60. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 60 of the Complaint.

61. Defendants deny all of the allegations contained in Paragraph 61 of the Complaint.

## AS AND FOR AN ANSWER TO PLAINTIFF'S "CLASS ACTION ALLEGATIONS"

62. Defendants neither admit nor deny the allegations set forth in Paragraph 62 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

63. Defendants neither admit nor deny the allegations set forth in Paragraph 63 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

64. Defendants deny all of the allegations contained in Paragraph 64 of the Complaint.

65. Defendants deny all of the allegations contained in Paragraph 65 of the Complaint.

66. Defendants deny all of the allegations contained in Paragraph 66 of the Complaint.

67. Defendants deny all of the allegations contained in Paragraph 67 of the Complaint.

68. Defendants deny having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 68 of the Complaint.

69. Defendants deny all of the allegations contained in Paragraph 69 of the Complaint.

70. Defendants deny all of the allegations contained in Paragraph 70 of the Complaint.

71. Defendants neither admit nor deny the allegations set forth in Paragraph 71 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

72. Defendants neither admit nor deny the allegations set forth in Paragraph 72 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

73. Defendants deny all of the allegations contained in Paragraph 73 of the Complaint.

74. Defendants neither admit nor deny the allegations set forth in Paragraph 74 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

**AS AND FOR AN ANSWER TO**
**PLAINTIFF'S "FIRST CAUSE OF ACTION"**

75. Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

76. Defendants deny all of the allegations contained in Paragraph 76 of the Complaint.

77. Defendants deny all of the allegations contained in Paragraph 77 of the Complaint.

78. Defendants deny all of the allegations contained in Paragraph 78 of the Complaint.

79. Defendants deny all of the allegations contained in Paragraph 79 of the Complaint.

80. Defendants deny all of the allegations contained in Paragraph 80 of the Complaint.

81. Defendants neither admit nor deny the allegations set forth in Paragraph 81 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

82. Defendants deny all of the allegations contained in Paragraph 82 of the Complaint.

83. Defendants deny all of the allegations contained in Paragraph 83 of the Complaint.

**AS AND FOR AN ANSWER TO**
**PLAINTIFFS' "SECOND CAUSE OF ACTION"**

84. Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

85. Defendants deny all of the allegations contained in Paragraph 85 of the Complaint.

86. Defendants deny all of the allegations contained in Paragraph 86 of the Complaint.

87. Defendants neither admit nor deny the allegations set forth in Paragraph 87 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

88. Defendants deny all of the allegations contained in Paragraph 88 of the Complaint.

89. Defendants deny all of the allegations contained in Paragraph 89 of the Complaint.

90. Defendants deny all of the allegations contained in Paragraph 90 of the Complaint.

91. Defendants deny all of the allegations contained in Paragraph 91 of the Complaint.

**AS AND FOR AN ANSWER TO**
**PLAINTIFF'S "THIRD CAUSE OF ACTION"**

92. Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

93. Defendants neither admit nor deny the allegations set forth in Paragraph 93 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

94. Defendants deny all of the allegations contained in Paragraph 94 of the Complaint.

95. Defendants deny all of the allegations contained in Paragraph 93 of the Complaint.

96. Defendants deny all of the allegations contained in Paragraph 94 of the Complaint.

97. Defendants deny all of the allegations contained in Paragraph 95 of the Complaint.

98. Defendants neither admit nor deny the allegations set forth in Paragraph 98 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

**AS AND FOR AN ANSWER TO**
**PLAINTIFF'S "FOURTH CAUSE OF ACTION"**

99. Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

100. Defendants neither admit nor deny the allegations set forth in Paragraph 100 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

101. Defendants neither admit nor deny the allegations set forth in Paragraph 101 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

102. Defendants neither admit nor deny the allegations set forth in Paragraph 102 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

103. Defendants deny all of the allegations contained in Paragraph 103 of the Complaint.

104. Defendants neither admit nor deny the allegations set forth in Paragraph 104 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

105. Defendants deny all of the allegations contained in Paragraph 105 of the Complaint.

106. Defendants deny all of the allegations contained in Paragraph 106 of the Complaint.

**AS AND FOR AN ANSWER TO**
**PLAINTIFF'S "FIFTH CAUSE OF ACTION"**

107. Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

108. Defendants neither admit nor deny the allegations set forth in Paragraph 108 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

109. Defendants neither admit nor deny the allegations set forth in Paragraph 109 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

110. Defendants deny all of the allegations contained in Paragraph 110 of the Complaint.

111. Defendants deny all of the allegations contained in Paragraph 111 of the Complaint.

112. Defendants deny all of the allegations contained in Paragraph 112 of the Complaint.

113. Defendants deny all of the allegations contained in Paragraph 113 of the Complaint.

114. Defendants deny all of the allegations contained in Paragraph 114 of the Complaint.

115. Defendants deny all of the allegations contained in Paragraph 115 of the Complaint.

**AS AND FOR AN ANSWER TO**
**PLAINTIFF'S "SIXTH CAUSE OF ACTION"**

116. Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

117. Defendants neither admit nor deny the allegations set forth in Paragraph 117 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

118. Defendants neither admit nor deny the allegations set forth in Paragraph 118 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

119. Defendants neither admit nor deny the allegations set forth in Paragraph 119 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

120. Defendants neither admit nor deny the allegations set forth in Paragraph 120 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

121. Defendants deny all of the allegations contained in Paragraph 121 of the Complaint.

122. Defendants neither admit nor deny the allegations set forth in Paragraph 122 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

123. Defendants deny all of the allegations contained in Paragraph 123 of the Complaint.

124. Defendants deny all of the allegations contained in Paragraph 124 of the Complaint.

**AS AND FOR AN ANSWER TO**
**PLAINTIFF'S "SEVENTH CAUSE OF ACTION"**

125. Defendants repeat and reassert each and every one of the responses contained in the preceding paragraphs hereof with the same force and effect as though fully set forth herein.

126. Defendants neither admit nor deny the allegations set forth in Paragraph 126 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

127. Defendants neither admit nor deny the allegations set forth in Paragraph 127 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

128. Defendants deny all of the allegations contained in Paragraph 128 of the Complaint.

129. Defendants deny all of the allegations contained in Paragraph 129 of the Complaint.

130. Defendants neither admit nor deny the allegations set forth in Paragraph 130 of the Complaint, as they consist of purported statements or assertions of law to which no response is required.

131. Defendants deny all of the allegations contained in Paragraph 131 of the Complaint.

132. Defendants deny all of the allegations contained in Paragraph 132 of the Complaint.

**AS AND FOR AN ANSWER TO**
**PLAINTIFF'S "PRAYER FOR RELIEF"**

Defendants deny any and all factual allegations set forth in the Plaintiffs' Prayer for Relief, including in subparagraphs (a) through (k) thereof, and further deny that Plaintiffs are entitled to any of the relief sought therein.

## AFFIRMATIVE DEFENSES AND OTHER DEFENSES

Defendants assert the following affirmative defenses and other defenses without assuming any burden of production or proof that they would not otherwise have. Defendants further assert that, to the extent that Plaintiffs' claims as alleged are vague or unclear, so as to render it difficult or impossible to identify and assert every possible affirmative defense or other defense, Defendants hereby expressly reserve their rights to assert additional defenses should further proceedings in this action, including the progress of any discovery, reveal that such additional defenses would be applicable and appropriate.

## AS AND FOR A FIRST DEFENSE

Defendants state, in the alternative if necessary, that their actions or omissions with respect to the Plaintiff were taken in good faith, with reasonable belief that such conduct comported with the requirements of federal and state law.

## AS AND FOR A SECOND DEFENSE

Defendants state, in the alternative if necessary, that if they are found to have violated any law or regulation, that any such violation was not willful.

## AS AND FOR A THIRD DEFENSE

Although Defendants deny owing any unpaid wages or other amounts to Plaintiff, in the alternative, if Defendants are found to owe any monies to Plaintiff, whatever monies are said to be owed should be offset by exclusions, exceptions, credits, allowances, recoupments, or offsets permissible under the Fair Labor Standards Act and/or the New York Labor Law.

## AS AND FOR A FOURTH DEFENSE

Any claims which Plaintiff may have asserted pursuant to New York Labor Law § 195 for alleged failure to provide required wage notices and/or wage statements are barred and/or may be reduced for any pay periods in which Defendants made complete and timely payment of all wages due as required by the applicable articles of the New York Labor Law.

**AS AND FOR AN FIFTH DEFENSE**

Plaintiffs' claims may be barred, in whole or in part, because some or all of the individual Defendants were not Plaintiffs' "employer" as such term may be defined under applicable federal and state laws and regulations for some or all of Plaintiff's respective periods of employment.

**AS AND FOR A SIXTH DEFENSE**

Plaintiffs unreasonably failed to take advantage of available preventative and/or corrective opportunities to remedy and/or avoid harm due to any conduct alleged.

**AS AND FOR A SEVENTH DEFENSE**

The statements and allegations contained in the Complaint fail to meet the requirements necessary to justify collective action certification or the issuance of collective action notice pursuant to 29 U.S.C. § 216 with respect to some or all of the employees alleged by the Plaintiffs to be similarly.

**AS AND FOR A EIGTH DEFENSE**

In the event that the Court certifies a collective action in this matter, to the extent necessary Defendants incorporate by reference and reallege all of their defenses to Plaintiff's individual claims in response to the claims of each collective action opt-in plaintiff.

**RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES**

Defendants state that they currently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available. As such, Defendants expressly reserve the right to assert additional defenses, and to seek to amend this answer to include any such additional defenses, in the event that discovery indicates that any such additional defenses would be appropriate.

WHEREFORE, Defendants respectfully request that judgment be entered by this Court dismissing all claims in Plaintiff's Complaint, with prejudice, and granting such further relief as may be just and proper.

Dated: Long Island City, New York
October 13, 2026

STEPHEN D. HANS & ASSOCIATES, P.C.

By: /s/Stephen D. Hans
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
Tel: 718.275.6700
*Attorneys for the Defendants*