**Case Name:** Davydov v. Cambria Dentistry PLLC, *et al.*
**Case Number:** 26-cv3039 (PKC) (LKE)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| A. ACTIONS REQUIRED BEFORE THE INITIAL CONFERENCE | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Rule 26(f) Conference held | | | 11/16/2026 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 12/01/2026 |
| 3. Requested: | | | |
| a. Medical records authorization | | X | |
| b. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | | | 12/15/2026 |
| **B. SETTLEMENT PLAN** | **DONE** | **NOT APPLICABLE** | **DATE** |
| 1. Plaintiff to make settlement demand | X | | 2/10/2026 |
| 2. Defendant to make settlement offer | | | 11/30/2026 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | Yes | | by 1/31/2027 |
| 4. Settlement Conference (proposed date) | | | Failing mediation: week of 2/08/2027 |
| **C. PROPOSED DEADLINES** | **DONE** | **NOT APPLICABLE** | **DATE** |
| 1. Motion to join new parties | | | 2/26/2027 |
| 2. Motion to amend pleadings | | | 2/26/2027 |
| 3. Initial documents requests and interrogatories | | | 12/15/2026 |
| 4. All fact discovery to be completed | | | 6/30/2027 |
| 5. Expert discovery (only if needed) | X | | |
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Affirmative expert reports due | | X | |
| b. Rebuttal expert reports due | | X | |
| c. Depositions of experts to be completed | | X | |
| 7. Completion of all discovery (if different from C.4) | | X | |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 07/14/2027 |
| 9. If any party seeks a dispositive motion, date to | | | |
| a. file request for pre-motion conference (if required), or | | | 07/30/2027 |
| b. file briefing schedule for the motion | | X | |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 08/31/2027 |
| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | | | **Yes / No** |
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | | | No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | | No |
| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | **DATE** |
| 1. Motion for collective action certification in FLSA cases | | | 02/26/2027 |
| a. Response due | | | 03/26/2027 |

| | | | |
|---|---|---|---|
| b. Reply due | | | 04/09/2027 |
| 2. Motion for Rule 23 class certification | | | 07/16/2027 |
| a. Response due | | | 08/13/2027 |
| b. Reply due | | | 08/27/2027 |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

Dated: Jamaica, New York
November 16, 2026
**SAGE LEGAL LLC**

By: /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc
*Attorneys for Plaintiff*

Dated: Long Island City, New York
November 16, 2026
**STEPHEN D. HANS & ASSOCIATES, P.C.**

By: /s/ *Stephen D. Hans, Esq.*
Stephen D. Hans, Esq.
3030 Northern Boulevard, Suite 401
Long Island City, NY 11101
(718) 275-6700
shans@hansassociates.com
*Attorneys for Defendants*

**SO ORDERED:**

______________________________ Date: ______________
LARA K. ESHKENAZI
United States Magistrate Judge