UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DAVID DAVYDOV, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

CAMBRIA DENTISTRY PLLC, SMILE CRAFTERS, INC., KOOROSH SHAMTOUB, and SHAHRIAR "SHAWN" DAVARAN,

Defendants.
----------------------------------------------------------------X

**Case No.: 1:26-cv-03039 (PKC) (LKE)**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Alivia Cooney, Esq. hereby appears as counsel for the Plaintiffs in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
November 23, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
By: *<u>/s/ Alivia Cooney, Esq.</u>*
Alivia Cooney, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(516) 417-1875 (cellular)
(718) 489-4155 (facsimile)
alivia@sagelegal.nyc

*Attorneys for Plaintiffs*
*David Davydov,*
*and all others similarly situated*

**<u>VIA ECF</u>**
All counsel of record